**FILED**

02/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0076

IN THE SUPREME COURT
FOR THE STATE OF MONTANA
Case No. OP 22–0076

_____

COTTONWOOD ENVIRONMENTAL LAW CENTER; MONTANA RIVERS; GALLATIN
WILDLIFE ASSOCIATION; JOHN MEYER,

*Petitioners,*

*v.*

AUSTIN KNUDSEN, IN HIS OFFICIAL CAPACITY AS MONTANA ATTORNEY
GENERAL,

*Respondent.*

_____

**ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO FILE REPLY**

_____

Upon consideration of the motion filed by Petitioners Cottonwood Environmental Law
Center, Montana Rivers, Gallatin Wildlife Association, and John Meyer, for leave to file a reply brief,

IT IS ORDERED that the motion for leave to file a one paragraph reply and one supporting
exhibit is GRANTED.

IT IS FURTHER ORDERED that the reply brief shall be prepared, filed, and served by
February 23, 2022.

DATED this ____ day of February, 2022.

_____

_____

cc: John Meyer
Austin Knudsen
Austin James
Neil Westesen
Dale Schowengerdt

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 23 2022